IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MORRIS,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS, RICK PERRY,<br>In his Official Capacity as Governor of<br>The State of Texas, DAVID DEWHURST,<br>In His Official Capacity as Lieutenant<br>Governor of the State of Texas, JOE<br>STRAUS, in his Official Capacity as<br>Speaker of the Texas House of<br>Representatives, HOPE ANDRADE,<br>in her Official Capacity as the Secretary<br>of State,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:11-cv-02244 |

**ORDER ON DEFENDANTS' UNOPPOSED MOTION TO TRANSFER**

Before the Court is Defendants the State of Texas, Rick Perry, David Dewhurst, Joe Straus and Hope Andrade's Unopposed Motion to Transfer this case to the United States District Court for the Western District of Texas, San Antonio Division, Consolidated Case Nos. SA-11-CA-360-OLG-JES-XR (lead case), SA-11-CA-361-OLG-JES-XR, and SA-11-CA-490-OLG-JES-XR pursuant to 28 U.S.C. § 1404(a). After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Transfer is hereby GRANTED.

DATED: July 20, 2011

By: _____
UNITED STATES DISTRICT JUDGE